UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-80899 |
| Mike Streicher | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Bruce W. Black |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER TO WITHDRAW UNCLAIMED FUNDS

     IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $5,828.25 to Cassandra M. Sexton for the estate of Carla Streicher, claimant, c/o Dilks & Knopik, LLC, in the above captioned case.

   Claimant's last four digits of Social Security number or EIN #: 9571
Dilks & Knopik, LLC's last four digits of EIN #: 9851

Pursuant to the Change of Address previously filed with the Court, the funds should be sent to:
Cassandra M. Sexton for the estate of Carla Streicher, claimant, 35308 SE Center Street, Snoqualmie, WA 98065

Enter:  *Bruce W. Black*

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated:  August 24, 2016

**Prepared by:**

David R. Herzog
HERZOG & SCHWARTZ, P.C.
77 W. Washington Street, Suite 1400
Chicago, IL 60602
312-977-1600